```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00111
   JAMES E TYBOR
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-7786

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/03/07 .

   2.  The case was dismissed without confirmation, 06/08/2007.

   3.  The Debtor paid a total of $   5000.00 .

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
AMC MORTGAGE SERVICES   CURRENT MORTG         .00            .00           .00
AMC MORTGAGE SERVICES   MORTGAGE ARRE   NOT FILED            .00           .00
       Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00         .00         .00           .00
PRINCIPAL PAID         .00        .00         .00         .00           .00
INTEREST PAID          .00        .00         .00         .00           .00
TOTAL PAID             .00        .00         .00         .00           .00
The Debtor's attorney, MELVIN J KAPLAN           , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   5000.00 .




     Dated: 12/10/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 00111 JAMES E TYBOR
```