```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

       IN RE:                                    CASE NO. 07 B 00111
          JAMES E TYBOR
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

                  Debtor
          SSN XXX-XX-7786


       -------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
       -------------------------------------------------------------------------
            Glenn Stearns, Chapter 13 Standing Trustee, submits the following
       Final Report and Account of the adminstration of the estate pursuant to
       11 USC 1302(b)(1).

          1.  The case was filed on 01/03/07 .

          2.  The case was dismissed without confirmation, 06/08/2007.

          3.  The Debtor paid a total of $   5000.00 .

       -------------------------------------------------------------------------
       CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                   PAID           PAID
       -------------------------------------------------------------------------
       AMC MORTGAGE SERVICES    CURRENT MORTG         .00             .00            .00
       AMC MORTGAGE SERVICES    MORTGAGE ARRE   NOT FILED             .00            .00
              Summary of disbursements:
       -------------------------------------------------------------------------
                              SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
       -------------------------------------------------------------------------
       TOTAL CLMS ALLOWED         .00         .00         .00          .00           .00
       PRINCIPAL PAID             .00         .00         .00          .00           .00
       INTEREST PAID              .00         .00         .00          .00           .00
       TOTAL PAID                 .00         .00         .00          .00           .00
       The Debtor's attorney, MELVIN J KAPLAN               , was allowed $       .00
       and was paid $        .00 .

       The Trustee received $         .00 .

       Refunds to the Debtor totaled $   5000.00 .




          Dated: 02/14/08                   /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 00111 JAMES E TYBOR
```